IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )        8:05CR145
                                )
        v.                      )
                                )
CAESAR HINOJOSA,                )        ORDER
                                )
            Defendant.          )
_____)
```

The Court notes a ruling on the report and recommendation of the magistrate judge was premature. Accordingly,

IT IS ORDERED:

1) Defendant's motion to suppress is reinstated.

2) Trial of this matter will be scheduled after defendant has an opportunity to file objections to the report and recommendation of the magistrate judge.

3) The defendant has until August 25, 2005, to file objections to the report and recommendation of the magistrate judge.

DATED this 23nd day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court