# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR145** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CAESAR HINOJOSA,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion of Michael F. Maloney to withdraw as counsel for the defendant, Caesar Hinojosa (Hinojosa) (Filing No. 72). Mr. Maloney represents he has a conflict of interest in this matter as he recently joined the Office of the Federal Public Defender and that office has represented another person in these proceedings. Mr. Maloney's motion to withdraw (Filing No. 72) is granted. Glenn A. Shapiro, 1001 Farnam Street, Omaha, NE 68102 (402) 341-0700, is appointed to represent Hinojosa for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Maloney shall forthwith provide Mr. Shapiro with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Maloney which are material to Hinojosa's defense.

    The clerk shall provide a copy of this order to Mr. Shapiro, and Mr. Shapiro shall enter his appearance in this matter forthwith.

    **IT IS SO ORDERED.**

    DATED this 2nd day of September, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge